UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY ANTHONY WOODFORK, | Case No. 09cv1543-JM (BLM) |
| Petitioner, | **ORDER DENYING PETITIONER'S MOTION FOR INJUNCTIVE RELIEF** |
| v. | |
| MATTHEW CATE, Secretary of the California Department of Corrections and Rehabilitation, | **[Doc. No. 22]** |
| Respondent. | |

Petitioner, a state prisoner proceeding *pro se* and *in forma pauperis*, is seeking habeas relief from this Court. His pending petition challenges his state court conviction of receiving stolen property. Respondent has filed an answer to the petition, Petitioner has filed a traverse, and the matter presently is under submission with the Court.

On January 4, 2010, Petitioner filed a motion for injunctive relief. Doc. No. 22. Having reviewed the motion, the Court finds that it does not address any issue presented in Petitioner's pending habeas case. However, Petitioner mentions in the motion that he also has filed a civil complaint alleging sexual harassment during an unclothed body

search conducted in prison.  As the instant motion for injunctive relief appears to relate to that inci dent, the Court believes Petitioner may inadvertently have filed the instant motion before this Court instead of before the court hearing the civil rights complaint.

For the foregoing reasons, the motion is **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

DATED:   January 7, 2010

*Barbara L. Major*
BARBARA L. MAJOR
United States Magistrate Judge