# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY ANTHONY WOODFORK,<br><br>                              Petitioner,<br>  vs.<br><br>MATTHEW CATE, Secretary of the California Department of Corrections and Rehabilitation,<br><br>                             Respondent. | CASE NO. 09 CV 1543 JM (BLM)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATIONS**<br><br>Doc. Nos. 13, 15, 18, 20, 25 |

On February 2, 2010, Magistrate Judge Barbara L. Major entered a Report and Recommendation. (Doc. No. 25). The Report and Recommendation, expressly incorporated herein, thoroughly and thoughtfully analyzed Petitioner's claims and recommended that Petitioner's petition for writ of habeas corpus (Doc. No. 1) be denied. The Report and Recommendations also recommended that Petitioner's motions for an evidentiary hearing (Doc. Nos. 15, 20) and to appoint counsel (Doc. Nos. 13, 18) be denied. Petitioner filed objections to the Report and Recommendation. (Doc. No. 32). Pursuant to Local Rule 7.1(d)(1), this matter is appropriate for decision without oral argument.

In his objections, Petitioner sets forth essentially the same arguments raised in his original petition. As the Report and Recommendation fully and properly responds to these arguments, the court hereby adopts the Report and Recommendation in its entirety. Petitioner's petition for writ of habeas corpus and motions for an evidentiary hearing and

appointment of counsel are DENIED. The Clerk of the Court is directed to close the file.

**IT IS SO ORDERED.**

DATED: April 27, 2010

_____
Hon. Jeffrey T. Miller
United States District Judge